PO BOX 6228
INDIANAPOLIS IN 46206

(800) 251-4127

MIDDLESEX SU P ERIOR COURT
40 THORNDIKE ST
CAMBRIDGE        MA   02141-1715

ACCOUNT NUMBER: 0280420639701

# 05 MBD 10229

Dear MIDDLESEX SU P ERIOR COURT,                                09/15/03

## ASSIGNMENT OF JUDGMENT

I, DIANE E KLINGES, representing the Student Loan
Marketing Association/Loan Servicing Center/Pennsylvania (Sallie Mae) of
220 Lasley Avenue, City of Wilkes-Barre, County of Luzerne, State of
Pennsylvania, in consideration of the sum of $139,621.27, receipt of
which is acknowledged, paid to me by the United States of America, the
assignee, hereby assign the judgment, recovered by Sallie Mae
on 07/25/03, docketed in MIDDLESEX, Case No. MICV2001-05484,
against  KAREN L ORAZIO,  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-1, for
$139,621.27 (amount of judgment, indicating treatment of interest,
court costs, and attorney's fees, if appropriate).

Assign or authorizes the United States of America to ask, demand, and
receive, and to sue out executions and take all lawful ways for recovery
of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the
United States of America from enforcing this judgment.

The Servicing Center/Pennsylvania address is:  P.O. Box 9400,
Wilkes-Barre, PA 18733-9400.  Phone:  (570) 821-3600.

The DHHS address is: Department of Health and Human Services, Debt
Management Branch, 5600 Fishers Lane, Room 2-B-60, Rockville, MD  20857,
(301) 443-1782.

I have executed this assignment at Loan Servicing Center/Pennsylvania
the  15TH of SEPTEMBER, 2003.

_____
        (Signature)

Sworn before me this ___ day of _____, 20__.

_D. ANE E KLINGES_    Affiant  ✓ is known to me personally
                              ___ provided valid identification
                              Type of identification provided:

My commission expires _12/13/04_ . _____    Notarial Seal
                                                    Dianna L. Gardjulis, Notary Public
                                                    Hanover Twp., Luzerne County
                                                    My Commission Expires Dec. 13, 2004

PHONE (800) 251-4127   •   FAX (800) 848-1949   •   TDD/TTY (888) 833-7562   •   24 HRS/7 DAYS

028426397156212291

L100    LPDEK1    4880

COMMONWEALTH OF MASSACHUSETTS

MIDDLESEX, ss.                                SUPERIOR COURT DEPARTMENT
                                              OF THE TRIAL COURT
                                              DOCKET NO. 01-05484

SALLIE MAE SERVICING, L.P.      )
            Plaintiff           )      05 MBD 10229
                                )
v.                              )      STIPULATION OF DAMAGES
                                )
KAREN ORAZIO                    )
            Defendant           )

The parties to the above-captioned action, hereby stipulate that the damages in this matter as of December 18, 2001 are $139,621.27 and agree that judgment may enter.

NOTICE UNDER RULE 77 WAIVED.

Dated: 6/5/03

                                       _____
                                       Attorney for Plaintiff
                                       Zwicker & Associates, P.C.
                                       Arthur J. Tessimond, Jr., Esquire
                                       BBO # 562130
                                       800 Federal Street
                                       Andover, MA 01810
                                       (978) 686-2255

Dated:
                                       _____
                                       Karen Orazio
                                       3 Marion Road
                                       Acton, MA 01720

7/25/03

Filed and treated as Agreement for Judgment in the sum of $139,621.27 and Execution to Issue. Notice under rule 77 waived. By the Court, (McEvoy J.)